No. 63961.—S. H. Kress & Company *v.* United States, protests 58/25331 and 59/9040 (Honolulu).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiff was sustained.

No. 63962.—Vanguard Recording Society, Inc. *v.* United States, protests 59/23630, 59/26480, and 59/24087 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of recording tapes similar in all material respects to those the subject of *Electric & Musical Industries (US), Ltd.* v. *United States* (42 Cust. Ct. 87, C.D. 2070), the claim of the plaintiff was sustained.

No. 63963.—Manca, Inc. *v.* United States, protest 59/26553 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of cameras, the claim of the plaintiff was sustained.

No. 63964.—Ross Products, Inc. *v.* United States, protests 59/24439, 59/8174, and 59/8173 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of sponges similar in all material respects to those the subject of Abstract 61191, the claim of the plaintiff was sustained.